UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ACCOUNTABLE HEALTHCARE            CIVIL ACTION
STAFFING, INC.
                                  NO. 22-3440
VERSUS
                                  SECTION M (1)
NOTRE DAME HEALTH SYSTEM

## ORDER & REASONS

Before the Court is a motion filed by plaintiff Accountable Healthcare Staffing, Inc. ("AHS") in which it seeks summary judgment on its open account claim against defendant Notre Dame Health System ("NDHS") in the principal amount of $4,158,526.92 on past-due invoices, along with $568,339.05 in accrued late-payment interest per the parties' contract.[1] In response, NDHS admits that it owes AHS on the past-due invoices but contends that the principal amount due is actually $3,985,363.48, not $4,158,526.92. NDHS then argues that, given this dispute, it needs time to conduct discovery concerning the invoices.[2] AHS replies, urging that the Court should proceed now to grant summary judgment for the principal amount that is undisputed, even if the balance of the claimed amount is deemed to be disputed and left to a later time for resolution.[3] Considering the parties' memoranda, the record, and the applicable law,

---

[1] R. Doc. 13. AHS also gives notice that it will later seek the recovery of reasonable attorney's fees and costs.

[2] R. Doc. 25. The only evidence NDHS submits to substantiate its claimed dispute of the principal amount owed is the affidavit of NDHS's chief transition officer who simply declares, without pointing to any documents or other support, that "NDHS's records related to [AHS] reflect an outstanding invoiced amount of $3,985,363.48." R. Doc. 25-1 at 1. This is the thinnest kind of summary-judgment evidence, but the Court, for now, will recognize it as marking a dispute concerning the balance of the principal amount owed. Following sufficient discovery of the issue, however, the Court will look for NDHS to provide more substantial proof for its position.

[3] R. Doc. 29. While NDHS's opposition is silent as to the interest AHS claims, AHS in its reply asks the Court only to award it the undisputed principal amount at this juncture, presumably leaving to a later time its claim for interest.

IT IS ORDERED that AHS's motion for summary judgment (R. Doc. 13) is GRANTED as to awarding it the undisputed principal amount of $3,985,363.48 in unpaid invoices. The motion is DENIED for now as to the remaining amounts claimed by AHS (including the remaining principal balance said to be owed and interest on the total principal amount ultimately awarded), without prejudice to its filing another motion for summary judgment following any necessary discovery concerning the disputed amount.

New Orleans, Louisiana, this 24th day of January, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE